UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AT&T MOBILITY LLC,
          Plaintiffs            CIVIL ACTION NO.
                                12-255-JJB-DLD

VERSUS

JOHN DOES a/k/a HEADHANCHOBRCC
@GMAIL.COM; BIGMAMABRCC@
GMAIL.COM; IMTOOUPPITYFOR
THISJOB@GMAIL.COM; IINFECTED
BRCC@GMAIL.COM; AND XYZ
CORPS.,
          Defendants

## ORDER

This matter is before the court on three motions filed by plaintiff:

1) Motion to Withdraw and Strike motions no. 6 and 7 (rec. doc. 12);

2) Sealed second motion for expedited discovery (rec.doc. 13); and

3) Motion for expedited hearing on sealed second motion (rec.doc. 14).

On May 25, 2012, the court granted plaintiff's first motion for expedited discovery regarding the identities of the defendants via their email addresses. (rec.doc. 4) Since that time, additional email addresses have been utilized to contact plaintiff in an identical manner, and plaintiff now wishes to seek expedited discovery concerning the owners of the new email addresses. Additionally, plaintiff also anticipates that the authors of the emails received to date will continue to use new and different email addresses to continue their activities against plaintiff, activities which have escalated in threat and tone, and plaintiff therefore requests that the court allow them to seek expedited discovery regarding any new email addresses without first seeking leave of court. Plaintiff filed two motions to address these issues, but realized its

motions were procedurally deficient and now wish to withdraw the motions and also strike them from the record in order to maintain the privacy of the individuals targeted by the currently anonymous defendants. Also, due to the urgent nature of the requests, plaintiff requests an expedited hearing on the sealed second motion for expedited discovery, and that the internet service providers connected with the email accounts respond to any valid subpoenas with accompanying expedited discovery requests within ten (10) days of service.

The court finds there is good cause to grant the present motions.

Accordingly,

**IT IS ORDERED** that the motion to withdraw and strike (rec.doc. 12) is **GRANTED**. Record documents no. 6 and 7 are withdrawn and **STRICKEN FROM THE RECORD**.

**IT IS FURTHER ORDERED** the motion for expedited hearing (rec.doc. 14) is **GRANTED**.

**IT IS FURTHER ORDERED** that the SEALED second motion for expedited discovery (rec. doc. 13) is GRANTED. AT&T shall be permitted to conduct immediate, expedited discovery to identify and locate Defendants, including but not limited to, the immediate service of subpoenas and any follow-up subpoenas necessary to identify and locate Defendants.

**IT IS FURTHER ORDERED** that this authority to immediately serve subpoenas extends not only to the known providers of email accounts that have been used in the past to send fraudulent or threatening emails to AT&T, but also to the providers of any email accounts that may be used in the future to send fraudulent or threatening emails to AT&T during the pendency of this matter.

**IT IS FURTHER ORDERED** that all internet service providers served with valid subpoenas with accompanying expedited discovery requests pursuant to this Order shall respond to AT&T's expedited discovery requests within ten (10) days of service.

Signed in Baton Rouge, Louisiana, on June 29, 2012.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**