UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| AT&T MOBILITY LLC,<br>        Plaintiff | CIVIL ACTION NO. 12-255 |
| VERSUS | JUDGE BRADY |
| JOHN DOES a/k/a HEADHANCHOBRCC<br>@GMAIL.COM; BIGMAMABRCC@<br>GMAIL.COM; IMTOOUPPITYFOR<br>THISJOB@GMAIL.COM; IINFECTED<br>BRCC@GMAIL.COM; AND XYZ<br>CORPS.,<br>        Defendants | MAGISTRATE DALBY |

STATUS REPORT

A, **Jurisdiction**

The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331. The court has supplemental jurisdiction over the State law claims pursuant to 28 U.S.C. § 1367.

B. **Brief Explanation of the Case**

    1. Plaintiff claims: Unidentified individual(s) are using anonymous email addresses to send false and at times potentially threatening emails to Call Centers manned by Plaintiffs' employees in Baton Rouge, Louisiana, Jackson, Mississippi, and Austin, Texas. These intentional transmission of fraudulent and at times threatening emails have disrupted service at the aforementioned AT&T Call Centers.

    2. Defendant claims: N/A

C. Pending Motions

    None

{L0212810.2}   1

Case 3:12-cv-00255-JJB-MJU   Document 18   10/04/12   Page 1 of 4

**D.     Issues**

The emails have been sent and have been confirmed to be fraudulent thus falling under the Computer Fraud and Abuse Act ("CFAA"), 18 U.S.C. § 1030. The only pending issue is the identity of the individual or individuals involved. The investigation both from a civil and criminal standpoint is still ongoing.

**E.     Damages**

The damages include disruption of service, additional customer service costs, increased overhead and compensation to employees for significant loss of productive time. The damages are ongoing.

**F.     Service**

N/A. The identity of the individual or individuals involved have not been determined.

**G.     Discovery**

1. Have the initial disclosures required under FRCP 26(a) been completed? No.

    A. Do any parties object to initial disclosures? No.

    B. Please provide any stipulations reached by the parties with regard to FRCP 26(a) initial disclosures. N/A

2. Briefly describe any discovery that has been completed or is in progress:

    By Plaintiff: Several subpoenas have been issued to Google for information relating to the GMAIL accounts that were utilized to forward these fraudulent emails. Although Google has been slow to respond, information on the most recent subpoenas has been received. That information is being analyzed and has been provided to the criminal authorities.

3. Please described any protective orders or other limitations on discovery that may be required/sought during the course of discovery. N/A – the Court has granted a motion to seal the record pending identification of the individual or individuals involved.

4. Discovery from experts:

N/A

## H. Proposed Scheduling Order

Plaintiff respectfully submits that the scheduling of deadlines at this point would be premature pending identification the individual or individuals who are involved and ultimately to be joined as parties to the litigation.

## I. Trial

1. Has a demand for trial by jury been made? No

## J. Other Matters

Are there any specific problems the parties wish to address at the scheduling conference? No.

## K. Settlement

N/A

## L. Consent to Jurisdiction by a Magistrate Judge

No.

Respectfully submitted,

*/s/ Gary J. Russo*

GARY J. RUSSO (#10828)
Jones, Walker, Waechter, Poitevent
 Carrere & Denegre, L.L.P.
600 Jefferson Street, Suite 1600
Lafayette, LA 70501
Phone: (337) 593-7600
Fax: (337) 593-7601
E-mail: grusso@joneswalker.com
and
C. BARRETT RICE (#30034)
MATTHEW S. LEJEUNE (#32552)
Jones, Walker, Waechter, Poitevent
 Carrere & Denegre, L.L.P.
201 St. Charles Avenue – 48th Floor
New Orleans, Louisiana 70170-5100
Phone: (504) 582-8616
Fax: (504) 582-8015
E-mail: brice@joneswalker.com
E-mail: mlejeune@joneswalker.com
and
JAMES C. PERCY (#10413)
WILLIAM D. LAMPTON (#29940)
Jones, Walker, Waechter, Poitevent,
 Carrere & Denegre, L.L.P.
Four United Plaza, 8555 United Plaza Boulevard
Baton Rouge, LA, 70809-7000
Phone (225) 248-2000
Fax (225) 248-2010
E-mail: jpercy@joneswalker.com
E-mail: wlampton@joneswalker.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2012 a copy of the foregoing was filed with the Clerk of Court using the CM/ECF System. Notice of this filing could not be sent to Defendants at this time as the identity of Defendants is currently unknown. I certify that this filing will be served upon all Defendants once their identities are discovered.

*/s/ Gary J. Russo*

GARY J. RUSSO